Certificate Number: 05781-CAE-DE-041435755

Bankruptcy Case Number: 26-14050

05781-CAE-DE-041435755

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2026, at 9:58 o'clock AM PDT, Tanisha Christie completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: September 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President